AMS,CLOSED

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:15–cv–23587–KMW

| | |
|---|---|
| Michael Kors, L.L.C. v. Chunma USA, Inc. et al | Date Filed: 09/24/2015 |
| Assigned to: Judge Kathleen M. Williams | Date Terminated: 02/23/2016 |
| Cause: 28:1338 Trademark Infringement | Jury Demand: None |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Michael Kors, L.L.C.**　　　　　　　　　　represented by　**Gary Thomas Stiphany**
*a Delaware limited liability company*　　　　　　　　　　　　Stiphany Law
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　80 SW 8th Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33130
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　305–536–8882
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 579–4722
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: gary@stiphanylaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chunma USA, Inc.**　　　　　　　　　　　represented by　**Raymond V. Miller**
*a California corporation*　　　　　　　　　　　　　　　　　　Gunster Yoakley &Stewart
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brickell World Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　600 Brickell Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131–1897
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　305–376–6048
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 376–6010
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rmiller@gunster.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Darlene Barron**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gunster
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　450 East Las Olas Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste. 1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　954–462–2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dbarron@gunster.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Ross Stores, Inc.**　　　　　　　　　　　represented by　**Harry Richard Schafer**
*a Delaware corporation*　　　　　　　　　　　　　　　　　　Kenny Nachwalter, P.A.
*doing business as*　　　　　　　　　　　　　　　　　　　　1100 Miami Center
dd's Discounts　　　　　　　　　　　　　　　　　　　　　　201 S Biscayne Boulevard

Suite 1100
Miami, FL 33131–4327
305–373–1000
Fax: 372–1861
Email: hschafer@knpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2015 | Ï 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C–8108510, filed by Michael Kors, L.L.C.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Composite Exhibit A, # 3 Exhibit Composite Exhibit B, # 4 Exhibit Composite Exhibit C, # 5 Exhibit Composite Exhibit D, # 6 Exhibit Composite Exhibit E, # 7 Exhibit Composite Exhibit F)(Stiphany, Gary) (Entered: 09/24/2015) |
| 09/24/2015 | Ï 2 | Judge Assignment to Judge Kathleen M. Williams (ail) (Entered: 09/25/2015) |
| 09/24/2015 | Ï 3 | Clerks Notice pursuant to 28 USC 636(c). Parties are hereby notified that the U.S. Magistrate Judge Andrea M. Simonton is available to handle any or all proceedings in this case. If agreed, parties should complete and file the attached form. (ail) (Entered: 09/25/2015) |
| 09/24/2015 | Ï 4 | Clerks Notice to Filer re: Electronic Case. Alias Not Added. The Filer failed to add the alias information for the party(ies). The correction was made. It is not necessary to re−file this document. (ail) (Entered: 09/25/2015) |
| 09/25/2015 | Ï 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (ail) (Entered: 09/25/2015) |
| 09/29/2015 | Ï 6 | NOTICE of Filing Proposed Summons(es) *CHUNMA USA, INC. AND ROSS STORES, INC. d/b/a dd'S Discounts* by Michael Kors, L.L.C. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Stiphany, Gary) (Entered: 09/29/2015) |
| 09/30/2015 | Ï 7 | Summons Issued as to Chunma USA, Inc., Ross Stores, Inc.. (lh) (Entered: 09/30/2015) |
| 12/04/2015 | Ï 8 | ANSWER and Affirmative Defenses to Complaint by Chunma USA, Inc.. Attorney Raymond V. Miller added to party Chunma USA, Inc.(pty:dft). (Miller, Raymond) (Entered: 12/04/2015) |
| 12/04/2015 | Ï 9 | MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, by Chunma USA, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Miller, Raymond) (Entered: 12/04/2015) |
| 12/14/2015 | Ï 10 | ANSWER and Affirmative Defenses to Complaint by Ross Stores, Inc.. Attorney Harry Richard Schafer added to party Ross Stores, Inc.(pty:dft). (Schafer, Harry) (Entered: 12/14/2015) |
| 12/14/2015 | Ï 11 | Defendant's MOTION to Adopt/Join 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, by Ross Stores, Inc.. (Schafer, Harry) (Entered: 12/14/2015) |
| 12/15/2015 | Ï 12 | NOTICE of Attorney Appearance by Darlene Barron on behalf of Chunma USA, Inc.. Attorney Darlene Barron added to party Chunma USA, Inc.(pty:dft). (Barron, Darlene) (Entered: 12/15/2015) |
| 12/15/2015 | Ï 13 | Agreed MOTION for Extension of Time to file memorandum of law in opposition to :(1) Defendant Chunma USA, Inc.'s Motion to Transfer pursuant to 28 U.S.C 1404(a) EC. (DE 9); and (2) Joinder by Defendant Ross Stores, Inc. in the Motion to Transfer filed by Defendant Chunma USA, Inc. (DE 11) (collectively "defendants' transfer Motion") re 9 MOTION to TRANSFER PURSUANT TO 28 |

| | | |
|---|---|---|
| | | U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, , 11 Defendant's MOTION to Adopt/Join 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, by Michael Kors, L.L.C.. Responses due by 1/4/2016 (Stiphany, Gary) (Entered: 12/15/2015) |
| 12/15/2015 | 14 | PAPERLESS ORDER granting 13 Motion for Extension of Time. Plaintiff's response to the motion to transfer due by 1/6/2016. Signed by Judge Kathleen M. Williams on 12/15/2015. (drh) (Entered: 12/15/2015) |
| 12/16/2015 | Ï | Set/Reset Deadlines/Hearings as per DE 14 : Responses due by 1/6/2016 (lk) (Entered: 12/16/2015) |
| 01/04/2016 | 15 | Agreed MOTION for Extension of Time to file memorandum of law *in opposition to: (1) Defendant Chunma USA, Inc.'s Motion to Transfer pursuant to 28 U.S.C. 1404(a), ETC. (DE 9); and (2) Joinder by Defendant Ross Stores, Inc. in the Motion to Transfer filed by Defendant Chunma USA, Inc. [DE 11] (Collectively "Defendants' Transfer Motion")* by Michael Kors, L.L.C.. Responses due by 1/22/2016 (Attachments: # 1 Text of Proposed Order)(Stiphany, Gary) (Entered: 01/04/2016) |
| 01/04/2016 | 16 | PAPERLESS ORDER granting 15 Motion for Extension of Time. Plaintiff, MICHAEL KORS, L.L.C. shall have until January 11, 2016 to file and serve its opposition to the Defendants' motion to transfer. Signed by Judge Kathleen M. Williams on 1/4/2016. (drh) (Entered: 01/04/2016) |
| 01/05/2016 | Ï | Set/Reset Deadlines/Hearings as per DE 16 re 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint. Responses due by 1/11/2016 (lk) (Entered: 01/05/2016) |
| 01/11/2016 | 17 | MEMORANDUM in Opposition re 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, , 11 Defendant's MOTION to Adopt/Join 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, by Michael Kors, L.L.C.. (Attachments: # 1 Exhibit Exhibit A)(Stiphany, Gary) (Entered: 01/11/2016) |
| 01/11/2016 | 18 | NOTICE by Michael Kors, L.L.C. re 17 Memorandum, *Of Filing of Declarations in Support of Plaintiff's Memorandum of Law in Opposition to: (1) Defendant Chunma USA, Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), ETC., [DE9}; and (2) Joinder by Defendant, Ross Stores, Inc. In the Motion to Transfer filed by Defendant Chunma USA, Inc. [DE11] (Plaintiff's Opposition Memo")* (Attachments: # 1 Exhibit Declaration of Justin Berger, # 2 Exhibit Declaration of Aileen Berger, # 3 Exhibit Declaration of Eric A. Berger, # 4 Exhibit Declaration of Erica J. Weiner)(Stiphany, Gary) (Entered: 01/11/2016) |
| 01/22/2016 | 19 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, by Chunma USA, Inc.. (Attachments: # 1 Text of Proposed Order)(Barron, Darlene) (Entered: 01/22/2016) |
| 01/22/2016 | 20 | PAPERLESS ORDER granting 19 Motion for Extension of Time to File Response/Reply to Motion. Reply to the motion to transfer due by 1/29/2016. Signed by Judge Kathleen M. Williams on 1/22/2016. (drh) (Entered: 01/22/2016) |
| 01/29/2016 | 21 | REPLY to Response to Motion re 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, filed by Chunma USA, Inc.. (Barron, Darlene) (Entered: 01/29/2016) |
| 02/02/2016 | 22 | Plaintiff's MOTION for Leave to File *Sur–Reply to Defendant Chunma USA, Inc's Reply in Support of It's Motion To Transfer Pursuant to 28 U.S.C.§ 1404(a) (DE 21) ("Chunma's Reply")* by Michael Kors, L.L.C.. (Stiphany, Gary) (Entered: 02/02/2016) |
| 02/02/2016 | 23 | |

|            |    |    |
|------------|----|----|
|            |    | NOTICE by Chunma USA, Inc. re 21 Reply to Response to Motion (Attachments: # 1 Exhibit Exhibit A) (Barron, Darlene) (Entered: 02/02/2016) |
| 02/02/2016 | 24 | REPLY to Response to Motion re 9 MOTION to TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND MEMORANDUM IN SUPPORT THEREOF re 1 Complaint, *Corrected* filed by Chunma USA, Inc.. (Barron, Darlene) (Entered: 02/02/2016) |
| 02/02/2016 | 25 | RESPONSE/REPLY to 22 Plaintiff's MOTION for Leave to File *Sur–Reply to Defendant Chunma USA, Inc's Reply in Support of It's Motion To Transfer Pursuant to 28 U.S.C.§ 1404(a) (DE 21) ("Chunma's Reply")* by Chunma USA, Inc.. (Barron, Darlene) (Entered: 02/02/2016) |
| 02/09/2016 | 26 | PAPERLESS ORDER denying 22 Motion for Leave to File. Signed by Judge Kathleen M. Williams on 2/9/2016. (drh) (Entered: 02/09/2016) |
| 02/23/2016 | 27 | ORDER granting 9 Motion. Signed by Judge Kathleen M. Williams on 2/23/2016. (lrz) (Entered: 02/24/2016) |
| 02/23/2016 |    | Civil Case Terminated per 27 Order. (lrz)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69.** (Entered: 02/24/2016) |