UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-01271-AB (AFMx) | Date: | April 6, 2018 |

Title: Michael Kors, L.L.C. v. Chunma USA, Inc. et al

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Konrad Karl Gatien | Robert A Rees |
| Leslie G Fagen, PHV | |
| Jacob R Fiddelman, PHV | |
| Andrew G Gordon, PHV | |

**Proceedings:** FINAL PRETRIAL CONFERENCE;

MOTION FOR A PROTECTIVE ORDER PRECLUDING THE TRIAL TESTIMONY OF MICHAEL KORS AND JOHN IDOL [255];

PLAINTIFF'S MOTION IN LIMINE:

NO. 1 TO EXLCUDE EXPERT TESTIMONY OF MARK KEEGAN [169];

NO. 2 TO EXCLUDE EXPERT TESTIMONY OF JAIME HOLMES AND ANY REFERENCE, TESTIMONY, AND EVIDENCE RELATING TO DEFENDANTS' ONE PAGE SALES SUMMARY [172];

NO. 3 TO EXCLUDE ANY REFERENCE, TESTIMONY, AND

EVIDENCE RELATING TO (1) PLAINTIFF'S DECISION NOT TO CONDUCT A LIKELIHOOD OF CONFUSION SURVEY, AND (2) DEFENDANTS' PLASTIC PRODUCT BAGS [177]; DEFENDANTS MOTION IN LIMINE:

NO. 1 TO EXCLUDE EVIDENCE OF GABRIELLE GOLDAPER [186];

NO. 2 TO EXCLUDE EVIDENCE OF JEFF ANDERSON [187];

NO. 3 TO EXCLUDE EVIDENCE OF LAWSUIT BY COACH AGAINST CHUNMA USA, INC. [188]; and

NO. 4 TO PRECLUDE ANY MONETARY RECOVERY [200];

(held and completed)

The Court, having conferred with counsel, allots 15 hours of trial time to each side, excluding openings and closings. Opening statements must not exceed 30 minutes per side, and closing arguments must not exceed 30 minutes per side.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

Counsel shall meet and confer by Wednesday, April 11, 2018, and file the following documents by no later than Thursday, April 12, 2018:

    Proposed Final Pretrial Conference Order;
    Proposed Jury Instructions;
    Proposed Voir Dire Questions;
    Proposed Special Verdict Form;
    Proposed Verdict Form;
    Deposition Designations;
    Joint Exhibit List; and
    Witness Lists

IT IS SO ORDERED.